AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

WILLIAM HAZEL

**SUMMONS IN A CIVIL ACTION**

V.

MERCK & CO., INC.

CASE NUMBER: 2:06cv678 - WKW

TO: (Name and address of Defendant)

MERCK & CO., INC.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RON M. FEDER, ESQUIRE
DAVIS & FEDER, P. A.
1712 15TH STREET, SUITE 300
P. O. DRAWER 6829
GULFPORT, MS  39506

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  8/3/06