IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM HAZEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-678-WKW |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the defendant's Motion to Stay All Proceedings pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. #4) filed on August 24, 2006, it is hereby

ORDERED that the plaintiff file a response to this motion, on or before September 14, 2006, as to why this motion should not be granted.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 25th day of August, 2006.

                                                 /s/ W. Keith Watkins
                                                 UNITED STATES DISTRICT JUDGE