A CERTIFIED TRUE COPY

SEP 14 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

AUG 29 2006

FILED
CLERK'S OFFICE

2006 SEP 15 AM 11:08

LORETTA G. WHYTE

*DOCKET NO. 1657*

## *JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-63)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,267 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 14 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

SEP 19 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee_____
Process_____
X Dkto_____
CtRmDep._____
Doc. No._____

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2  06-678 | William Hazel v. Merck & Co., Inc. | 06-6007 |
| **ARKANSAS WESTERN** | | |
| ARW 5  06-5149 | Owen Wallace, et al. v. Merck & Co., Inc. | 06-6008 |
| **CALIFORNIA EASTERN** | | |
| CAE 2  06-774 | Salvador Monroy v. Merck & Co., Inc. | 06-6009 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 4  06-4794~~ | ~~Patrick E. Murphy v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| **FLORIDA NORTHERN** | | |
| FLN 1  06-131 | Stanley Anderson v. Merck & Co., Inc., et al. | 06-6010 |
| **GEORGIA NORTHERN** | | |
| GAN 1  06-1750 | Millard Yancey v. Merck & Co., Inc. | 06-6011 |
| GAN 1  06-1755 | Howard E. Taylor v. Merck & Co. Inc. | 06-6012 |
| **ILLINOIS NORTHERN** | | |
| ILN 1  06-4089 | Shirley Horwitz, et al. v. Merck & Co., Inc., et al. | 06-6013 |
| **KANSAS** | | |
| KS 2  06-2332 | Sue Shipman v. Merck & Co., Inc. | 06-6014 |
| **MINNESOTA** | | |
| MN 0  06-3274 | Marilyn D. Behrendt v. Merck & Co., Inc. | 06-6015 |
| MN 0  06-3275 | Marcheta E. Van de Streek v. Merck & Co., Inc. | 06-6016 |
| MN 0  06-3285 | Virginia Ballard, et al. v. Merck & Co., Inc. | 06-6017 |
| **MISSOURI EASTERN** | | |
| ~~MOE 4  06-1185~~ | ~~Vivian Copher, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| ~~MOE 4  06-1186~~ | ~~Inez Kincaid, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| ~~MOE 4  06-1187~~ | ~~Richard Helton, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| ~~MOE 4  06-1196~~ | ~~Minnie Smith, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3  06-420 | Ann B. Stringfellow, etc. v. Merck & Co., Inc. | 06-6018 |
| **NEBRASKA** | | |
| NE 4  06-3183 | Stanley L. Applegate, et al. v. Merck & Co., Inc. | 06-6019 |
| NE 4  06-3185 | William E. Lindsey, Sr., et al. v. Merck & Co., Inc. | 06-6020 |
| NE 4  06-3187 | Jerry R. Crofford v. Merck & Co., Inc. | 06-6021 |
| NE 4  06-3189 | Duane E. Noragon, et al. v. Merck & Co., Inc. | 06-6022 |
| **NEW JERSEY** | | |
| NJ 3  06-3685 | Brenda Carter v. Merck & Co., Inc. | 06-6023 |
| **NEW YORK EASTERN** | | |
| NYE 1  06-3811 | Jairo Salazar v. Merck & Co., Inc. | 06-6024 |

SCHEDULE CTO-63 - TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| NEW YORK SOUTHERN | | |
| NYS 1 06-5897 | Veronica Francis, etc. v. Merck & Co., Inc. | 06-6025 |
| NEW YORK WESTERN | | |
| NYW 6 06-6408 | Rosemary A. Ruisi v. Merck & Co., Inc., et al. | 06-6026 |
| NYW 6 06-6409 | Doris K. Roworth v. Merck & Co., Inc., et al. | 06-6027 |
| OHIO NORTHERN | | |
| OHN 1 06-1927 | Barbara Thornhill, etc. v. Merck & Co., Inc. | 06-6028 |
| OKLAHOMA EASTERN | | |
| OKE 6 06-293 | Irene Merritt v. Merck & Co., Inc. | 06-6029 |
| OKLAHOMA NORTHERN | | |
| OKN 4 06-392 | Stephen N. Lynch, etc. v. Merck & Co., Inc. | 06-6030 |
| OKLAHOMA WESTERN | | |
| OKW 5 06-804 | Richard Smith, et al. v. Merck & Co., Inc. | 06-6031 |
| PENNSYLVANIA EASTERN | | |
| PAE 2 06-3307 | Marilyn Canavan, et al. v. Merck & Co., Inc., et al. | 06-6032 |
| TEXAS EASTERN | | |
| TXE 2 06-321 | Alfonso Carmona, et al. v. Merck & Co., Inc., et al. | 06-6033 |
| TXE 2 06-322 | Janie G. Pesina, et al. v. Merck & Co., Inc., et al. | 06-6034 |
| TEXAS NORTHERN | | |
| TXN 4 06-514 | Marvin Garrett, et al. v. Merck & Co., Inc. | 06-6035 |
| TEXAS SOUTHERN | | |
| TXS 4 06-2630 | Deborah Lynn Davis, et al. v. Merck & Co., Inc. | 06-6036 |
| TEXAS WESTERN | | |
| TXW 5 06-642 | Lura Wurzbach v. Merck & Co., Inc. | 06-6037 |
| UTAH | | |
| UT 2 06-614 | Garold Young, etc. v. Merck & Co., Inc. | 06-6038 |

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2006

Loretta G. Whyte, Clerk
US.District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

## IN RE:  MDL 1657
## VIOXX PRODUCTS LIABILITY LITIGATION

Civil Action No. 2:06cv429(MHT)

Hazel v. Merck & Co., Inc.

Dear Ms. Whyte:

The PDF documents are being forwarded to you per your request by
email. This case is being transferred to your court pursuant to
Conditional Transfer Order entered by the Judicial Panel on
Multi-District Litigation on 8/29/06.

Please acknowledge receipt of same by returning to us the
enclosed copy of this letter.

Sincerely,

DEBRA P. HACKETT, CLERK

By:
    Von Austin
    Deputy Clerk

DPH/vma

Enclosures

cc:  File
     All counsel of record