**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Loretta G. Whyte, Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Daoni Hertyyan
B. Date of Delivery: 9-25-06
C. Signature: X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

MDL TRANSFER
2:06cv838
Certified
doct. sh.

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7005 1820 0002 3461 0478

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952